UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

       Plaintiff,

v.                                                    CIV 15-0467 KG/CG

CHI ENERGY, INC.,

       Defendant.

## ORDER VACATING PRETRIAL DEADLINES

THIS MATTER comes before the Court on the Parties' *Joint Motion to Suspend Pretrial Deadlines* (Doc. No. 39). The Court, being fully advised in the premises, finds the Motion is well-taken and it is hereby GRANTED.

IT IS FURTHER ORDERED that the Pretrial Order deadlines of July 18, 2016 and August 1, 2016 are vacated to be reset, if appropriate, after a ruling on *Chi Energy, Inc.'s Opposed Motion for Summary Judgment and Memorandum in Support Thereof* (Doc. No. 32).

                                                                UNITED STATES DISTRICT JUDGE

Submitted and Approved:

SUTIN, THAYER & BROWNE
A Professional Corporation

By      */s/ Derek V. Larson*
          Derek V. Larson
          Keith Mier
*Attorneys for Plaintiff*
P.O. Box 1945
Albuquerque, NM 87103-1945
Telephone:  (505) 883-2500
dvl@sutinfirm.com
kcm@sutinfirm.com

and

DAVIS, GERALD & CREMER

By      */s/ Robert P. Crumpler, Jr.*
Robert P. Crumpler, Jr.
Stephanie N. Basom
*Attorneys for Defendant*
400 W. Illinois, Suite 1400
Midland, TX 79701
Telephone: (432) 687-0111
rcrumpler@dgclaw.com
snbasom@dgclaw.com