IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL INC.,

    Plaintiff,

v.                                         No. CV 15-467 KG/CG

CHI ENERGY, INC.,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, August 15, 2017, at 3:00 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE