**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOSHI TECHNOLOGIES
INTERNATIONAL INC.,

    Plaintiff,

v.                                               No. CV 15-467 KG/CG

CHI ENERGY, INC.,

    Defendant.

## ORDER SETTING SETTLEMENT CONFERENCE

To facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accordance with Federal Rule of Civil Procedure 16(a)(5). The conference will be held on **Wednesday, September 13, 2017, at 9:00 a.m. in ADR Suites 1 & 2 of the U.S. Historic Courthouse, 421 Gold Ave. S.W. Albuquerque, New Mexico**.

**IT IS HEREBY ORDERED** that the parties and a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person; counsel who will try the case must also attend in person. All attorneys and parties involved in the settlement conference must treat as confidential the information discussed, positions taken, and offers made by other participants in preparation for and during the conference.[1]

**IT IS FURTHER ORDERED** that:

1. By **August 22, 2017,** Plaintiff's counsel shall serve on defense counsel a concise letter that sets forth a settlement demand itemizing the principle

---

[1] This does not prohibit disclosures stipulated to by the parties, necessary in proceedings to determine the existence of a binding settlement agreement, or as otherwise required by law.

supporting damages or other relief that plaintiff asserts would appropriately be granted at trial.

2. By **August 28, 2017,** Defendant's counsel shall serve on Plaintiff's counsel a concise letter that sets forth a response to the settlement demand. Defendant's counsel shall also serve on Third Party Defendant's counsel a concise letter that sets forth a settlement demand itemizing the principle supporting damages or other relief that Defendant asserts would appropriately be granted at trial.

3. By **September 1, 2017**, each party shall provide to the Court:

   a. A copy of each letter that was sent to an opposing party;

   b. A confidential, concise letter containing an analysis of the strengths and weaknesses of its case; and

   c. Any video or audio recordings of the incident upon which this action is based.

   These materials may be submitted to the Court by facsimile transmission **(575.528.1675)**, or email **(garzaschambers@nmcourt.fed.us)**.

4. Each of these letters typically should be 5 pages or fewer, and counsel will ensure that each party reads the opposing party's letter before the settlement conference.

A party must show good cause to vacate or reschedule the settlement conference. Any such request must provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE