# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

      Plaintiff,

v.                                                    No. CV 15-467 KG/CG

CHI ENERGY, INC.,

      Defendant.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND MOTION HEARING

**THIS MATTER** is before the Court upon *Plaintiff's Expedited Motion to Reopen Discovery and for Leave to Propound Supplemental Discovery to Defendant and Extend the Deadlines to Add or Substitute Additional Parties* (Doc. 50), filed August 25, 2017.

**IT IS HEREBY ORDERED** that:

1. Defendant shall file a Response to Plaintiff's Motion (Doc. 50) no later than **5:00 p.m. Tuesday, August 29, 2017**;

2. Plaintiff may file a Reply in support of its Motion no later than **12:00 p.m. Wednesday, August 30, 2017**;

3. The Court will hear oral argument on the Motion by telephone on **Friday, September 1, 2017 at 2:00 p.m.** Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE