## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

      Plaintiff,

v.                                                          No. CV 15-467 KG/CG

CHI ENERGY, INC.,

      Defendant.

## ORDER RESETTING MOTION HEARING

**THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that the hearing on *Plaintiff's Expedited Motion to Reopen Discovery and for Leave to Propound Supplemental Discovery to Defendant and Extend the Deadlines to Add or Substitute Additional Parties*, (Doc. 50), currently set for Friday, September 1, 2017, at 2:00 p.m., is reset for **Tuesday, September 5, 2017, at 2:30 p.m.** The parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made. **The remaining deadlines for expedited briefing set forth in Document 52 are not modified.**

                                                   _____
                                                   THE HONORABLE CARMEN E. GARZA
                                                   UNITED STATES MAGISTRATE JUDGE