**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

       Plaintiff,

v.                                No. CV 15-467 KG/CG

CHI ENERGY, INC.,

       Defendant.

## <u>ORDER VACATING MOTION HEARING</u>

**THIS MATTER** is before the Court *sua sponte*. The presiding judge in this case will rule on *Plaintiff's Expedited Motion to Reopen Discovery and for Leave to Propound Supplemental Discovery to Defendant and Extend the Deadlines to Add or Substitute Additional Parties*, (Doc. 50); **IT IS THEREFORE ORDERED** that the hearing on Plaintiff's Motion (Doc. 50), scheduled for Tuesday, September 5, 2017, at 2:30 p.m., is hereby **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE