# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL INC.,

      Plaintiff,

v.                                                              No. CV 15-467 KG/CG

CHI ENERGY, INC.,

      Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on review of the docket. The Court received the position papers from the parties pursuant to the Court's *Order Setting Settlement Conference*, (Doc. 49). The parties did not comply with the Court's Order and, therefore, the Court does not have sufficient information to proceed with the September 13, 2017 settlement conference. Additionally, Plaintiff has filed a motion for additional discovery and to extend the deadline to add a party, further indicating the parties are not ready for a settlement conference in this case.

**IT IS THEREFORE ORDERED** that the settlement conference scheduled for **September 13, 2017** is **VACATED**. If the parties wish to engage in telephonic settlement discussions, the Court will be available on September 13, 2017 to facilitate such discussions.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE