IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES INTERNATIONAL, INC.,

     Plaintiff,

vs.                                             CIV 15-0467 KG/CG

CHI ENERGY, INC.,

     Defendant.

### SUMMARY ORDER ON PLAINTIFF JOSHI TECHNOLOGIES INTERNATIONAL, INC.'S EXPEDITED MOTION TO REOPEN DISCOVERY AND FOR LEAVE TO PROPOUND SUPPLEMENTAL DISCOVERY TO DEFENDANT AND EXTEND DEADLINES TO ADD OR SUBSTITUTE ADDITIONAL PARTIES

THIS MATTER is before the Court upon Plaintiff Joshi Technologies International, Inc. (Joshi)'s Expedited Motion to Reopen Discovery and for Leave to Propound Supplemental Discovery to Defendant and Extend the Deadlines to Add or Substitute Additional Parties, filed August 25, 2017. (Doc. 50). Defendant Chi Energy, Inc. (Chi) filed a response on August 29, 2017. (Doc. 54). Joshi filed a reply on August 30, 2017. (Doc. 55).

Joshi seeks the Court's permission to reopen discovery for a limited time in order propound supplemental discovery upon Chi regarding its recent transaction with Colgate Energy, LLC (Colgate). (Doc. 50) at 1-2. Joshi also seeks the Court's leave to add or substitute Colgate as a party. *Id.* at 3. The Court has considered the parties' submissions in accordance with the relevant law, as well as the arguments of counsel at a hearing on September 7, 2017. For the reasons stated on the record at the hearing, the motion is granted, in part, and denied, in part.

The motion to allow Joshi to add or substitute a party is denied. Joshi's motion to reopen discovery is granted. The parties shall meet and confer about the limited scope of the discovery no later than 5:00 p.m. MST on Friday, September 8, 2017. If there are any objections related to

the scope of the limited discovery, they should be filed no later than 12:00 noon MST on Monday, September 11, 2017. Chi's completed responses to the limited discovery shall be provided to Joshi no later than 5:00 p.m. MST on Friday, September 15, 2017.

All remaining trial deadlines from the Court's Amended Notice of Civil Bench Trial filed August 11, 2017, remain in effect. (Doc. 47). The parties are not required to file a Pre-Trial Order.

IT IS, THEREFORE, ORDERED that Plaintiff Joshi Technologies International, Inc. (Joshi)'s Expedited Motion to Reopen Discovery and for Leave to Propound Supplemental Discovery to Defendant and Extend the Deadlines to Add or Substitute Additional Parties is denied, in part, and granted, in part.

_____
UNITED STATES DISTRICT JUDGE