IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES INTERNATIONAL, INC.,

    Plaintiff,

v.                                                       CIV 15-0467 KG/CG

CHI ENERGY, INC.,

    Defendant.

### **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, OCTOBER 12, 2017, AT 1:30 PM**. The parties shall call Judge Gonzales' Meet Me line at 505-348-2354 to be connected to the proceedings and be prepared to discuss the issue of appointing a special master in this matter.

_____
UNITED STATES DISTRICT JUDGE