## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiffs,

V.                                                  No. 2:15-cv-00467-KG-CG

CHI ENERGY,

    Defendant.

## SPECIAL MASTER AFFIDAVIT

Pursuant to Fed. R. Civ. P. 53, I, Tim Smith, hereby declare as follows:

1. My name is Tim Smith. I am the Principal of Don Ray George & Associates, Inc. My offices are located at 1604 Rio Grande Street, Austin, TX 78701.

2. This Affidavit is being provided in support of my appointment as a Special Master in the above-captioned matter pursuant to Rule 53(b)(3)(A).

3. I have no relationship to the parties, attorneys, action, or Court that would require disqualification of a justice, judge or magistrate judge under 28 U.S.C. § 455. Additionally, I have no personal bias or prejudice concerning any of the parties. Finally, I am familiar with 28 U.S.C. § 455(b) and I can confirm that none of the circumstances listed in that statute apply to me, or cause me to disqualify myself as a Special Master in this case.

4. I agree to serve as a Special Master under the terms and in the manner described in the Order Selecting and Appointing the Special Master entered by the Court in the above-captioned matter on January 5, 2018. I agree to proceed with all reasonable diligence to serve the Court in the capacity as Special Master as required by that Order.

Further affiant sayeth not.

_____
S. TIM SMITH, P.E.

SWORN TO AND SUBSCRIBED before me on this 22ND day of January, 2018.

_____
Notary Public, State of Texas

> SARAH SAXON
> Notary Public, State of Texas
> My Commission Expires
> February 10, 2019

Sarah Saxon
Notary's printed Name

My Commission expires: 2/10/19

Dated: 1/22/18