IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff,

v.                                                                   No. 2:15-cv-00467-KG-CG

CHI ENERGY, INC.,

    Defendant.

## ORDER APPROVING BUDGET PROPOSED BY SPECIAL MASTER (DOC. 98)

This matter having come before the Court upon the Court's Order of Reference (Doc. 97), filed March 6, 2018, and Budget Proposed by Special Master (Doc. 98), filed April 10, 2018, and the parties having had an opportunity to be heard,

the Court FINDS:

1. The parties did not object to the Special Master's proposed budget in the amount of $75,000, for the performance of services described in the Order of Reference through September 14, 2018—the due date for the Special Master's formal report.

2. This budget is a ceiling and not a contract amount or bid.

3. The billing rates are set in accordance with the Special Master's normal fee schedule, effective as of September 1, 2016, as detailed in Attachment A of Budget Proposed by Special Master.

4. The Court further FINDS the proposed budget is reasonable.

Accordingly, the proposed budget is APPROVED.

_____
UNITED STATES DISTRICT JUDGE