IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff,

v.                                                    No. 2:15-cv-00467-KG-CG

CHI ENERGY, INC.,

    Defendant.

## NOTICE OF SPECIAL MASTER'S INVOICES

Pursuant to the Order of Reference (Doc. 97), the Special Master has tendered invoices to the Court for his work preparing his reports. The Special Master tenders five invoices, totaling $50,103.54. The Court approves these invoices and notes they fall within the approved $75,000.00 budget. (Doc. 100). The parties have thirty (30) days from the date of this Notice of Special Master's Invoices to pay their respective equal portion of the bill, $25,051.77, to the Special Master.

_____
UNITED STATES DISTRICT JUDGE

# DON RAY GEORGE & ASSOCIATES, INC.
## CONSULTING PETROLEUM ENGINEERS

TIME AND EXPENSE DETAIL

**Invoice No.** 18031921

United States District Court
The Honorable Kenneth J. Gonzales
100 N. Church Street
Las Cruces, NM 88001
Theresa_Hall@nmcourt.fed.us

Joshi v. Chi

| Date | Description | Hrs/Qty | Rate | Amount |
|---|---|---:|---:|---:|
| 1/16/2018 | Senior Engineering Assistant: Intraoffice meeting; New Mexico regulatory research; build well lists, acquire regulatory paperwork for subject wells | 3.25 | 185.00 | 601.25 |
| 1/19/2018 | Engineering Assistant: Build GIS map of subject wells and leases | 3.5 | 130.00 | 455.00 |
| 1/22/2018 | Senior Engineering Assistant: Research Bureau of Land Management leases in reigion of subject wells; create lease database | 3 | 185.00 | 555.00 |
| 2/8/2018 | Engineering Assistant: Build GIS map of subject wells and leases | 2.5 | 130.00 | 325.00 |
| 2/22/2018 | Principal Engineer: Work on New Mexico Court preparation for conference call (no charge) | 2 | 0.00 | 0.00 |
| 2/22/2018 | Principal Engineer: Video conference call with the Court | 1.5 | 450.00 | 675.00 |
| 2/22/2018 | Parking | 1 | 2.40 | 2.40 |
| 2/22/2018 | Senior Engineering Assistant: New Mexico regulatory research - build well lists, acquire regulatory paperwork for subject wells | 0.25 | 185.00 | 46.25 |
| 2/23/2018 | Senior Engineering Assistant: New Mexico regulatory research - build well lists, acquire regulatory paperwork for subject wells | 2.75 | 185.00 | 508.75 |
| 2/26/2018 | Senior Engineering Assistant: New Mexico regulatory research - build well lists, acquire regulatory paperwork for subject wells | 5.5 | 185.00 | 1,017.50 |
| 2/28/2018 | Principal Engineer: Review documents supplied by Court; work on draft Special Master update for internal use | 2 | 450.00 | 900.00 |
| 3/1/2018 | Principal Engineer: Study preparation | 1 | 450.00 | 450.00 |
| 3/1/2018 | Engineering Assistant: Work on GIS base map | 2 | 130.00 | 260.00 |
| 3/5/2018 | Principal Engineer: Review documents to better inform Order of Reference | 3.75 | 450.00 | 1,687.50 |
| 3/5/2018 | Senior Engineering Assistant: Review documents provided by plaintiffs and defendents | 5 | 185.00 | 925.00 |
| 3/8/2018 | Principal Engineer: Prepare workflow mapping; video conference with the Court | 2 | 450.00 | 900.00 |
| 3/8/2018 | Senior Engineering Assistant: Review workflow mapping; intraoffice meeting | 1 | 185.00 | 185.00 |
| 3/11/2018 | Principal Engineer: Workflow mapping | 0.5 | 450.00 | 225.00 |
| 3/13/2018 | Principal Engineer: Work on mapping detailing scope of Special Master deliverables | 2 | 450.00 | 900.00 |
| 3/13/2018 | Senior Engineering Assistant: Review mapping; intraoffice meeting | 1.75 | 185.00 | 323.75 |
| 3/14/2018 | Principal Engineer: Work on evaluation | 2 | 450.00 | 900.00 |
| 3/15/2018 | Principal Engineer: Telcon with Court | 3.5 | 450.00 | 1,575.00 |
| 3/15/2018 | Senior Engineering Assistant: Intraoffice meeting | 0.5 | 185.00 | 92.50 |

4/10/2018

**Total Amount Due:** $13,509.90

# DON RAY GEORGE & ASSOCIATES, INC.
## CONSULTING PETROLEUM ENGINEERS

### TIME AND EXPENSE DETAIL

**Invoice No.** 18041819

United States District Court
The Honorable Kenneth J. Gonzales
100 N. Church Street
Las Cruces, NM 88001
Theresa_Hall@nmcourt.fed.us

Joshi v. Chi

| Date | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|
| 3/17/2018 | Senior Engineering Assistant: Work on data request draft; email correspondence | 0.75 | 185.00 | 138.75 |
| 3/19/2018 | Senior Engineering Assistant: Acquire production data for Zicon and Giblet wells; prepare economic forecasts; prepare Bone Spring type curves; prepare economic forecasts for Bone Spring wells | 2 | 185.00 | 370.00 |
| 3/19/2018 | Third-party data expense | 1 | 57.56 | 57.56 |
| 3/20/2018 | Senior Engineering Assistant: Prepare Bone Spring type curves; prepare Zircon economic forecasts | 3 | 185.00 | 555.00 |
| 3/20/2018 | Third-party data expense | 1 | 95.94 | 95.94 |
| 4/2/2018 | Engineering Assistant: Lease and well location maps | 2 | 130.00 | 260.00 |
| 4/4/2018 | Engineering Assistant: Lease and well location maps | 5.75 | 130.00 | 747.50 |
| 4/5/2018 | Engineering Assistant: Lease and well location maps | 4 | 130.00 | 520.00 |
| 4/10/2018 | Principal Engineer: Prepare and submit budget | 0.5 | 450.00 | 225.00 |

4/18/2018                                                                                  **Total Amount Due:**    $2,969.75

# DON RAY GEORGE & ASSOCIATES, INC.
## CONSULTING PETROLEUM ENGINEERS

### TIME AND EXPENSE DETAIL

**Invoice No.** 18051724

United States District Court  
The Honorable Kenneth J. Gonzales  
100 N. Church Street  
Las Cruces, NM 88001  
Theresa_Hall@nmcourt.fed.us

Joshi v. Chi

| Date | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|
| 5/3/2018 | Engineering Assistant: Preparing lease and well location maps | 4 | 130.00 | 520.00 |
| 5/3/2018 | Principal Engineer: Work on analysis; prepare letter to the parties regarding data requirements | 2 | 450.00 | 900.00 |
| 5/3/2018 | Copier - B&W | 2 | 0.15 | 0.30 |
| 5/4/2018 | Engineering Assistant: Preparing lease and well location maps | 0.75 | 130.00 | 97.50 |
| 5/10/2018 | Senior Engineering Assistant | 0.5 | 185.00 | 92.50 |
| 5/10/2018 | Principal Engineer: Email correspondence with Court; transmit first round of data requests to parties | 0.5 | 450.00 | 225.00 |

5/17/2018

**Total Amount Due:** $1,835.30

# Don Ray George & Associates, Inc.
## Consulting Petroleum Engineers

TIME AND EXPENSE DETAIL

**Invoice No.** 18062222

United States District Court  
The Honorable Kenneth J. Gonzales  
100 N. Church Street  
Las Cruces, NM 88001  
Theresa_Hall@nmcourt.fed.us

Joshi v. Chi

| Date | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|
| 5/29/2018 | Principal Engineer: Work on status report | 0.75 | 450.00 | 337.50 |
| 5/30/2018 | Senior Engineering Assistant: Review Bureau of Land Management data | 0.75 | 185.00 | 138.75 |
| 5/30/2018 | Principal Engineer: Study preparation; email correspondence with court | 1.75 | 450.00 | 787.50 |
| 5/30/2018 | Engineering Assistant: Lease, well and field location maps | 5.5 | 130.00 | 715.00 |
| 5/31/2018 | Engineering Assistant: Lease, well and field location maps | 2.75 | 130.00 | 357.50 |
| 6/4/2018 | Engineering Assistant: Lease, well and field location maps | 12 | 130.00 | 1,560.00 |
| 6/5/2018 | Engineering Assistant: Lease, well and field location maps | 10 | 130.00 | 1,300.00 |
| 6/5/2018 | Copier - B&W | 13 | 0.15 | 1.95 |
| 6/8/2018 | Senior Engineering Assistant: Download and set up files for produced data | 0.25 | 185.00 | 46.25 |
| 6/8/2018 | Engineering Assistant: Lease, well and field location maps | 5 | 130.00 | 650.00 |
| 6/11/2018 | Principal Engineer: Review documents supplied by the parties | 0.5 | 450.00 | 225.00 |
| 6/11/2018 | Engineering Assistant: Lease, well and field location maps | 3 | 130.00 | 390.00 |
| 6/13/2018 | Principal Engineer: Telcon with contract land personnel | 0.25 | 450.00 | 112.50 |

6/25/2018

**Total Amount Due:** $6,621.95

# DON RAY GEORGE & ASSOCIATES, INC.
## CONSULTING PETROLEUM ENGINEERS

TIME AND EXPENSE DETAIL

**Invoice No.** 18071827

United States District Court
The Honorable Kenneth J. Gonzales       Joshi v. Chi
100 N. Church Street
Las Cruces, NM  88001
Theresa_Hall@nmcourt.fed.us

| Date | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|
| 6/20/2018 | Senior Engineering Assistant : Review documents produced by the parties | 1 | 185.00 | 185.00 |
| 6/27/2018 | Principal Engineer: Telcon with landman contractor | 0.25 | 450.00 | 112.50 |
| 6/28/2018 | Engineering Assistant: Lease, wells, and field location maps | 3.75 | 130.00 | 487.50 |
| 6/29/2018 | Engineering Assistant: Lease, wells, and field location maps | 4 | 130.00 | 520.00 |
| 6/29/2018 | Principal Engineer: Work on study; email with court | 2.25 | 450.00 | 1,012.50 |
| 6/30/2018 | Principal Engineer: Email correspondence with geologist | 0.25 | 450.00 | 112.50 |
| 7/2/2018 | Engineering Assistant: Lease, wells, and field location maps | 8.5 | 130.00 | 1,105.00 |
| 7/3/2018 | Engineering Assistant: Lease, wells, and field location maps | 10.75 | 130.00 | 1,397.50 |
| 7/4/2018 | Principal Engineer: Intraoffice correspondence regarding report exhibits | 0.25 | 450.00 | 112.50 |
| 7/5/2018 | Engineering Assistant: Lease, wells, and field location maps | 9.5 | 130.00 | 1,235.00 |
| 7/6/2018 | Senior Engineering Assistant : data entry of Mewborne data | 2.75 | 185.00 | 508.75 |
| 7/6/2018 | Principal Engineer: Review documents supplied by the parties | 2.75 | 450.00 | 1,237.50 |
| 7/6/2018 | Engineering Assistant: Lease, wells, and field location maps | 11 | 130.00 | 1,430.00 |
| 7/6/2018 | Copier - B&W | 3 | 0.15 | 0.45 |
| 7/6/2018 | Engineering Assistant: Data entry | 3 | 130.00 | 390.00 |
| 7/7/2018 | Senior Engineering Assistant : PHD Win data work | 2.5 | 185.00 | 462.50 |
| 7/7/2018 | Third-party data expense | 1 | 89.54 | 89.54 |
| 7/8/2018 | Senior Engineering Assistant: Data entry work - Zircon wells | 7 | 185.00 | 1,295.00 |
| 7/8/2018 | Petroleum land services | 1 | 3,000.00 | 3,000.00 |
| 7/9/2018 | Senior Engineering Assistant: Data entry; intraoffice | 3.5 | 185.00 | 647.50 |
| 7/9/2018 | Principal Engineer: Review documents supplied by the parties; work on study | 5.75 | 450.00 | 2,587.50 |
| 7/9/2018 | Geologist: Expand wellbase coverage to project area | 1 | 200.00 | 200.00 |
| 7/9/2018 | Copier - B&W | 11 | 0.15 | 1.65 |
| 7/9/2018 | Engineering Assistant: Data entry | 6 | 130.00 | 780.00 |
| 7/10/2018 | Principal Engineer: Hearing preparation | 0.5 | 450.00 | 225.00 |
| 7/10/2018 | Geologist: Load new wells and production; find suitable logs; telcon | 4 | 200.00 | 800.00 |
| 7/10/2018 | Engineering Assistant: Data entry | 6 | 130.00 | 780.00 |
| 7/11/2018 | Engineering Assistant: Data entry | 6 | 130.00 | 780.00 |
| 7/12/2018 | Senior Engineering Assistant: Data entry | 1.75 | 185.00 | 323.75 |
| 7/12/2018 | Engineering Assistant: Lease, wells, and field location maps | 5.25 | 130.00 | 682.50 |
| 7/12/2018 | Engineering Assistant: Data entry | 4 | 130.00 | 520.00 |
| 7/13/2018 | Engineering Assistant: Leases, wells, and field location maps | 3.25 | 130.00 | 422.50 |
| 7/13/2018 | Engineering Assistant: Data Entry | 6 | 130.00 | 780.00 |
| 7/14/2018 | Engineering Assistant: Lease, wells, and field location maps | 1.25 | 130.00 | 162.50 |
| 7/14/2018 | Engineering Assistant: Data entry | 6 | 130.00 | 780.00 |

7/18/2018                                      **Total Amount Due:**    $25,166.64