IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff,

v.                                                                           No. 2:15-cv-00467-KG-CG

CHI ENERGY, INC.,

    Defendant.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference to discuss the Special Master Report (Doc. 105) is set for **THURSDAY, OCTOBER 18, 2018, AT 2:00 PM**. Counsel and Special Master shall call in to Judge Gonzales' Meet-Me Conference Line at 505-348-2354 to be connected to the conference. *This line can only accommodate up to five (5) telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.*

_____
UNITED STATES DISTRICT JUDGE