IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff,

v.                                                                           No. 2:15-cv-00467-KG-CG

CHI ENERGY, INC.,

    Defendant.

## AMENDED ORDER

On October 18, 2018, the Court held a telephonic status conference. Derek Larson represented Plaintiff, and Robert Crumpler, Jr., represented Defendant. Having heard from counsel, the Court

    ORDERS that

1. A bench trial in this matter is set at 9:00 a.m. on May 6, 2019. The parties anticipate 2-3 days will be necessary for this trial. The Court will enter an order in due course setting deadlines for pretrial filings;

2. the parties have 30 days from October 12, 2018, to file objections to the Special Master's report; and

3. the parties shall report to the Court no later than November 1, 2018, whether they desire to proceed to mediation. The parties shall report jointly by e-mail. Therefore, the 30-day deadline to file objections to the Special Master's report is tolled for up to 14 days from the date of this Order.

                                                                        UNITED STATES DISTRICT JUDGE