IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOLGIES
INTERNATIONAL, INC.,

    Plaintiff/Counter-Defendant,

vs.                                          Civ. No. 15-467 KG/CG

CHI ENERGY, INC.,

    Defendant/Counter-Claimant.

## ORDER

On December 20, 2018, the Court held a telephonic status conference. Present at the telephonic conference were Derek Larson, counsel for Joshi Technologies International, Inc., and Robert Crumpler, counsel for Chi Energy, Inc. Having discussed with counsel the status of this lawsuit, the Court **ORDERS** that:

    1. objections to the Special Masters' Report (Doc. 105) must be filed no later than January 14, 2019;

    2. a response to objections may be filed no later than fourteen days after the filing of objections;

    3. a reply may be filed no later than fourteen days after the filing of a response to objections;

    4. motions for summary judgment must be filed no later than February 28, 2019; and

    5. any motion for summary judgment and accompanying briefing must comply with the Local Rules.

_____
UNITED STATES DISTRICT JUDGE