IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff,

v.                                        No. 2:15-cv-00467-KG-CG

CHI ENERGY, INC.,

    Defendant.

## ORDER APPROVING BUDGET PROPOSED BY SPECIAL MASTER-PHASE 2 (DOC. 120)

This matter having come before the Court upon the Court's Order Reinstating Special Master (Doc. 119), filed January 22, 2019, and the Budget Proposed by Special Master-Phase 2 (Doc. 120), filed January 23, 2019, and the parties having had an opportunity to be heard, the Court FINDS:

    1. The parties did not object to the Special Master's proposed budget in the amount of $75,000, for the performance of services that may be required during the term of his reinstatement (Phase 2), as described in the Order Reinstating Special Master, through July 1, 2019—the end of the Special Master's term of reinstatement.

    2. This budget is a ceiling and not a contract amount or bid.

    3. The billing rates are set in accordance with the Special Master's normal fee schedule, effective as of September 1, 2018, as detailed in Attachment A of the Budget Proposed by Special Master-Phase 2.

    4. The Court further FINDS the proposed budget is reasonable.

Accordingly, the proposed budget is APPROVED.

_____
UNITED STATES DISTRICT JUDGE

4. The Court further FINDS the proposed budget is reasonable.

Accordingly, the proposed budget is APPROVED.