IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff,

v.                                                                           No. 2:15-cv-00467-KG-CG

CHI ENERGY, INC.,

    Defendant.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on

**THURSDAY, FEBRUARY 21, 2019, AT 10:00 AM**.  Counsel shall call the AT&T

conference line at 888-398-2342, access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE