UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

       Plaintiff,

v.                         Case No. 2:15-cv-00467-KG-CG

CHI ENERGY, INC.,

       Defendant.

## **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS MATTER comes before the Court on withdrawing Counsel's Motion to Withdraw as Counsel (Doc. 127), and the Court being advised in the premises, the Court hereby ORDERS as follows:

1.    Plaintiff is represented by Butler Snow, LLP as evidenced by pleadings filed herein;

2.    Good cause exists for granting the Motion;

3.    No parties will be prejudiced by the granting of the Motion; and

4.    Defendant Chi Energy, Inc., does not oppose this Motion.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted:

SUTIN, THAYER & BROWNE
A Professional Corporation

 */s/ Benjamin E. Thomas*
   Benjamin E. Thomas
*Withdrawing Attorneys for Plaintiff*
P.O. Box 1945
Albuquerque, NM 87103-1945
Telephone: (505) 883-2500
Email: bet@sutinfirm.com

Approved:

*Electronically approved 02/21/2019*
Derek V. Larson
Keith C. Mier
Butler Snow, LLP
2155 Louisiana Blvd. N.E., Suite 10400
Albuquerque, NM 87110
Email: derek.larson@butlersnow.com
   keith.mier@butlersnow.com
*Attorneys for Plaintiff*


*Electronically approved 02/21/2019*
*Robert P. Crumpler, Jr.*
*Stephanie Basom*
*Davis, Gerald & Cremer*
*400 W. Illinois, Suite 1400*
*Midland, TX 79701*
*Email:* rcrumpler@dgclaw.com
*Attorneys for Defendant*
4993944