IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff,

v.                                                                                                                 No. 2:15-cv-00467-KG-CG

CHI ENERGY, INC.,

    Defendant.

### ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **MONDAY, JULY 29, 2019, AT 2:00 PM**. Counsel shall call the AT&T conference line at 888-398-2342, access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE