IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff,

v.                                           No. CV 15-467 KG/CG

CHI ENERGY, INC.,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on the parties' request for a status conference. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Friday, August 26, 2019, at 11:00 a.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE