## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

      Plaintiff,

v.                                                    No. CV 15-467 KG/CG

CHI ENERGY, INC.,

      Defendant.

### **ORDER RESETTING DEADLINES FOR SETTLEMENT STATEMENTS**

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the deadlines for the upcoming settlement conference are amended as follows:

1. By **September 13, 2019,** Plaintiff's counsel shall serve on Defendant's counsel a concise letter that sets forth a settlement demand itemizing the principle supporting damages or other relief that Plaintiff asserts would appropriately be granted at trial.

2. By **September 20, 2019,** Defendant's counsel shall serve on Plaintiff's counsel a concise letter that sets forth a response to the settlement demand.

3. By **September 25, 2019,** each party shall provide to the Court:

    a. A copy of each letter that was sent to an opposing party;

    b. A confidential, concise letter containing an analysis of the strengths and weaknesses of its case; and

    c. Any video or audio recordings of the incident upon which this action is based.

    These materials may be submitted to the Court by facsimile transmission, (575) 528-1675, or email, garzaschambers@nmd.uscourts.gov.

4. Each of these letters typically should be five (5) pages or fewer, and counsel will ensure that each party reads the opposing party's letter before the settlement conference.

The pre-settlement status conference and settlement conference dates remain as set in the Order Setting Telephonic Status Conference and Settlement Conference, (Doc. 144).

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE