IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff,

v.                              No. CV 15-467 KG/CG

CHI ENERGY, INC.,

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon being informed that the case has settled.

**IT IS THEREFORE ORDERED** that the *Order Setting Telephone Status Conference and Settlement Conference*, (Doc. 144), filed on July 23, 2019, and the settlement conference scheduled for October 24, 2019, at 9:00 a.m. in Las Cruces are hereby **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE