**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOSHI TECHNOLOGIES
INTERNATIONAL, INC.,

      Plaintiff,

v.                                       No. CV 15-467 KG/CG

CHI ENERGY, INC.,

      Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court after being informed that the case has settled.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by November 12, 2019.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE